UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH TERRELL SWINK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.4:17-CV-00791-PLC |
| | ) | |
| OFFICER MAYBERRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LIST OF EXHIBITS TO BE OFFERED AT TRIAL**

Comes now Plaintiff, by counsel W. Bevis Schock and Hugh A. Eastwood, and submits the following List of Exhibits to be Offered at Trial:

I.  Exhibits Which Will Be Offered:

1. Picture of Plaintiff's face, view of right side, close up

2. Picture of Plaintiff's face, view of right side, showing shirt

3. Picture of Plaintiff's face, front view

4. Picture of Plaintiff's face, view of left side

5. Picture of Plaintiff's head, from behind

6. Picture of front of Plaintiff's car

7. Picture of rear of Plaintiff's car

8. Picture of interior of Plaintiff's car showing air bags deployed

9. Medical Records, Pattonville Fire Protection District, Cover Page Affidavit of Business Record, and 7 page document

10. Medical Records, SSM DePaul Health Center, Cover Page Affidavit of Business Record, and 33 page document

    11.    Police Pursuit Policy, City of St. Ann police department, SOP 13-1, 14 pages

    12.    Google map of police pursuit – (expected to be joint, prepared by Defendants).

II.    Exhibits Which May Be Offered:

    13.    DePaul Health Center Billing Record, Cover Page Affidavit of Business Record, and 2 page document

    14.    Bridgeton Emergency Group Billing Record, (no affidavit, hard to read)

    15.    St. Ann Police Dispatch Audio Recording

    16.    St. Ann Police Point to Point Audio Recording

    17.    Video, Car 3, Schmidt

    18.    Google Map of St. Ann – zoomed OUT

    19.    Google Map of St. Ann – zoomed IN

Plaintiff reserves the right to offer any evidence listed by Defendants in Defendants' parallel filing.

Plaintiff reserves the right to offer rebuttal exhibits in the event Defendants offer evidence inconsistent with the discovery herein.

Plaintiff reserves the right to offer impeachment exhibits.

Respectfully Submitted,

Co-Counsel for Plaintiff

  /s/ W. Bevis Schock  .
W. Bevis Schock, MBE # 32551
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

  /s/ Hugh A. Eastwood  .
Hugh A. Eastwood, MBE # 62058

Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, MO 63105
heastwood@eastwoodlawstl.com
Fax:    314-863-5335
Voice: 314-809-2343

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

All counsel of record

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO