# EXHIBIT LIST

# Style: Swink v. Mayberry et al.
# Case No: 4:17CV791 PLC

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 8 | | 2 | 7/9/18 | | | Picture of interior of Plaintiff's car showing air bags deployed | 7/9/18 |
| 6 | | 2 | 7/9/18 | | | Picture of front Plaintiff's car | 7/9/18 |
| 7 | | 2 | 7/9/18 | | | Picture of rear of Plaintiff's car | 7/9/18 |
| 1 | | 2 | 7/9/18 | | | Picture of Plaintiff's face, view of right side, close up | 7/9/18 |
| 2 | | 2 | 7/9/18 | | | Picture of Plaintiff's face, view of right side, showing shirt | |
| 3 | | 2 | 7/9/18 | | | Picture of Plaintiff's face, front view | 7/9/18 |
| 4 | | 2 | 7/9/18 | | | Picture of Plaintiff's face, view of left side | 7/9/18 |
| 5 | | 2 | 7/9/18 | | | Picture of Plaintiff's head, from behind | 7/9/18 |
| 17 | | 2 | 7/9/18 | | | Video of incident | 7/9/18 |
| 9 | | 2 | 7/9/18 | | | Highlights of Medical Records , Pattonville Fire Protection District, Cover Page Affidavit of Business Record and 7 page document – as agreed to by the parties | 7/9/18 |
| 10 | | 2 | 7/9/18 | | | Highlights of Medical Records; SSM DePaul Health Center, Cover Page Affidavit of Business Record and 33 page document – as agreed to by the parties | 7/9/18 |
| | O1 | 2 | 7/9/18 | | | Photograph of plaintiff's vehicle showing airbag | 7/9/18 |
| | O2 | 2 | 7/9/18 | | | Photograph of rear of plaintiff's vehicle Containing front bumper | 7/9/18 |
| | O3 | 2 | 7/9/18 | | | Photograph of front passenger side of vehicle with buckled hood | 7/9/18 |

# EXHIBIT LIST

## Style: Swink v. Mayberry et al.
## Case No: 4:17CV791 PLC

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | O4 | 2 | 7/9/18 |  |  | Photograph of Front of plaintiff's vehicle | 7/9/18q |
|  | K | 2 | 7/9/18 |  |  | One page of medical record SSM DePaul Health Center (Exhibit A to Plaintiff's deposition.) | 7/9/18 |
|  | G | 3 | 7/9/18 |  |  | 15-134 Bridgeton Joseph Swink Audio 1/15/15 (St. Louis County Interview) | 7/9/18 |
| 18 |  | 5 | 7/10/18 |  |  | Map of City of St. Ann, Missouri | 7/10/18 |